IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WB MUSIC CORP., EASY ACTION MUSIC, HORI PRODUCTIONS AMERICA, INC., and AF CIRCLE C FUND, L.L.C.,<br><br>Plaintiffs,<br><br>vs.<br><br>IMAGINATION INDUSTRIES, INC., CASEY ROWE, and HUGH ABRAHAMSON,<br><br>Defendants. | 8:20-CV-82<br><br>ORDER |

This matter is before the Court on Plaintiffs' and defendant Hugh Abrahamson's Stipulation for Dismissal (Filing 31). Plaintiffs and Abrahamson stipulate that Abrahamson should be dismissed as a party to this action. Filing 31 at 1. Federal Rule of Civil Procedure 41(a) governs dismissal of *actions* by stipulation, but the moving parties do not ask the Court to dismiss this entire action. Rather, they seek dismissal of one party. Federal Rule of Civil Procedure 21 allows the Court to "[o]n motion . . . at any time, on just terms, add or drop a party." However, the document pending before the Court is a stipulation instead of a motion. Therefore, the Court denies the dismissal Plaintiffs and Abrahamson seek in their present filing and directs them to comply with Rule 21 by filing a joint motion seeking dismissal.

Dated this 3rd day of August, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge