IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WB MUSIC CORP., EASY ACTION MUSIC, HORI PRODUCTIONS AMERICA, INC., and AF CIRCLE C FUND, L.L.C.,<br>Plaintiffs,<br><br>vs.<br><br>IMAGINATION INDUSTRIES, INC., CASEY ROWE, and HUGH ABRAHAMSON,<br>Defendants. | 8:20-CV-82<br><br>**ORDER** |

This matter is before the Court on the parties' Joint Motion for Dismissal Against Defendant, Hugh Abrahamson (Filing 33). Pursuant to Federal Rule of Civil Procedure 21, Plaintiffs' claims against Hugh Abrahamson are dismissed with prejudice, each party to bear its own costs and fees. The Clerk of Court is directed to terminate Hugh Abrahamson as a party to this case.

Dated this 4th day of August, 2020.

BY THE COURT:

Brian C. Buescher
United States District Judge