IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WB MUSIC CORP.; | ) | Case No.: 8:20-cv-82 |
| EASY ACTION MUSIC; | ) | |
| HORI PRODUCTIONS AMERICA, INC.; | ) | |
| AF CIRCLE C FUND, LLC a/b/a | ) | |
| ARLOVOL MUSIC | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **JOINT NOTICE TO COURT** |
| | ) | **OF SETTLEMENT** |
| IMAGINATION INDUSTRIES, INC.; | ) | |
| CASEY ROWE; and | ) | |
| HUGH ABRAHAMSON, | ) | |
| | ) | |
| Defendants. | ) | |

The parties hereto hereby inform the Court that the parties have reached an agreement to resolve this matter. The parties have exchanged a signed release contemplating a financial settlement paid by Defendants to Plaintiffs on or before December 31, 2020. The Scheduling Order (Filing No. 41) at paragraph 3(c) contemplates potential settlement between the parties.

The parties hereby provide notice to the Court that, upon payment of the settlement funds on or before December 31, 2020 in this matter, and clearance of the settlement check, the parties will file a full and complete dismissal of this matter. To allow for this payment and for the funds to clear and be received, the parties request tolling of any procedural requirements and 90 days to submit dismissal papers to the Court.

DATED this 5th day of November 2020.

2

WB MUSIC CORP.; EASY ACTION MUSIC; HORI PRODUCTIONS AMERICA, INC.; AF CIRCLE C FUND, LLC a/b/a ARLOVOL MUSIC, Plaintiffs,

By: /s/ Mark E. Novotny
    Mark E. Novotny, #19102
    LAMSON DUGAN & MURRAY LLP
    10306 Regency Parkway Drive
    Omaha, NE 68114
    Tele. (402) 397-7300
    Fax: (402) 397-7824
    mnovotny@ldmlaw.com
    *ATTORNEYS FOR SAID PLAINTIFFS*

IMAGINATION INDUSTRIES, INC., CASEY ROWE, and HUGH ABRAHAMSON, Defendants,

By: /s/ Justin A. Quinn
    Justin A. Quinn, #23509
    540 Douglas Building
    209 South 19th Street
    Omaha, NE 68102
    *ATTORNEY FOR SAID DEFENDANTS*

718497

2